IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELECOMM INNOVATIONS, LLC,

*Plaintiff*

v.

PANASONIC CORPORATION, *et al.*,

*Defendants*

Civil Action No. 12-1275-SLR

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants Panasonic Corporation and Panasonic Corporation of North America ("Defendants") have not yet answered the Complaint. Accordingly, Telecomm Innovations, LLC voluntarily dismisses Defendants without prejudice pursuant to Rule 41(a)(1).

Dated:  January 16, 2014

FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
1220 North Market Street
Suite 850
Wilmington, DE 19801

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Telecomm Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241